IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MATTHEW D. MELTON, § | |
|     PLAINTIFF, § | |
| § | |
| v. § | CIVIL CASE NO. 3:21-CV-2857-M-BK |
| § | |
| ELLIS COUNTY DISTRICT ATTORNEY'S § | |
| OFFICE, AND ELLIS COUNTY, TEXAS, § | |
|     DEFENDANTS. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed Findings and Recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's deadline for filing an amended complaint, satisfying the requirements set out on page 10 of the Finding, Conclusions and Recommendation, is August 31, 2022. If he does not do so, this case will be dismissed with prejudice.

SO ORDERED this 9th day of August, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE